UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE APPLICATION OF NAGRAVISION SA,

Applicant.

Case No.:  2:21-mc-00051-RSL

**ORDER GRANTING NAGRAVISION SA'S *EX PARTE* APPLICATION TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782**

Having considered the application of Nagravision SA ("Nagravision") for an order pursuant 28 U.S.C. § 1782 to obtain discovery from Amazon Technologies, Inc. ("Amazon") for use in a foreign proceeding, and good cause appearing, the Court hereby **GRANTS** the application and **ORDERS** that:

1. Nagravision may serve a subpoena on Amazon for information concerning the server identified by the IP address 18.184.217.102 (the "Amazon Server").

2. Nagravision may obtain the following information concerning the Amazon Server:

   a. Account profiles or other documents sufficient to identify the full name, contact information, and IP addresses for the customer assigned the Amazon Server;

   b. Account applications or other documents used to create or make changes to each account associated with the customer assigned the Amazon Server;

   c. Account statements for each account associated with the customer assigned

ORDER GRANTING NAGRAVISION SA'S *EX PARTE* APPLICATION TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782  - 1

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

the Amazon Server from January 1, 2020 to present;

        d.      Payment records for each account associated with the customer assigned the Amazon Server from January 1, 2020 to present, including documents that identify the account or other source from which the payment was made;

        e.      Communications sent to or from the customer assigned the Amazon Server from January 1, 2020 to present, including account set-up correspondence and technical support tickets;

        f.      Logs or other documents sufficient to identify each IP address that accessed the Amazon Server, including a date and time stamp for each instance of access, from January 1, 2020 to present.

    3.      Nagravision and Amazon shall adhere to the following schedule when producing the information requested in the subpoena (the "Discovery"):

        a.      Nagravision must immediately serve its subpoena and a copy of this order (collectively, the "Order") on Amazon;

        b.      Within seven days of being served with the Order, Amazon must serve a copy of the Order on its customer. Service may be accomplished by any reasonable means, including written notice sent by first-class mail to the customer's last known address or by email to the customer's last known email address;

        c.      Amazon and its customers may contest Nagravision's subpoena by filing an appropriate motion with this Court. Any such motion must be filed with this Court no later than 21 days after the customer is served with the Order. Amazon may not produce the Discovery to Nagravision before the expiration of this 21-day time period. In addition, if the customer files a motion contesting Nagravision's subpoena, Amazon must not produce the Discovery pertaining to that customer until after the motion is resolved by the Court. If the 21-day time period expires without a motion being filed, Amazon will have 7 days from the expiration of the 21-day period to produce the Discovery to Nagravision.

ORDER GRANTING NAGRAVISION SA'S *EX PARTE* APPLICATION TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782  - 2

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)

3. Nagravision shall reimburse Amazon for reasonable costs incurred in complying with the subpoena. Any request for costs shall be accompanied by a detailed invoice setting out the work performed. The maximum pay-rate will be $100 per hour, unless Nagravision agrees to an increased rate or additional compensation is approved by the Court.

Dated this 26th day of April, 2021.

*signature*
Robert S. Lasnik
United States District Judge

ORDER GRANTING NAGRAVISION SA'S *EX PARTE* APPLICATION TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDING PURSUANT TO 28 U.S.C. § 1782 - 3

FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
(253) 383-4500 - (253) 383-4501 (fax)